THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:21-CR-194 |
| | : | (JUDGE MARIANI) |
| CHRISTOPHER B. TOLLEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS _13TH_ DAY OF JANUARY, 2025, upon consideration of Defendant Christopher Tolley's letter-motion requesting early termination of his probation (Doc. 20), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's motion (Doc. 20) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge